Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

STORZ PERFORMANCE, INC., a California corporation

vs

MOTO ITALIA, form unknown; LESLIE BULL; an individual; CYCLE PERFORMANCE PRODUCTS, INC.; JOHN BASORE, an individual; and DOES 1 to 100, Inclusive

SUMMONS IN A CIVIL ACTION

Case No.

'07 CV 2242 W (WMC)

FILED
07 NOV 27 PM 12: 14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Steele N. Gillaspey, Esq.
GILLASPEY & GILLASPEY

The NBC Tower
225 Broadway, Suite 2220

San Diego, CA 92101
619 234 3700

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

J. PARK

NOV 27 2007

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)