STATE OF CALIFORNIA )
UNITED STATES ) SUMMONS IN A CIVIL ACTION
DISTRICT COURT ) DOCKET NO. 2007-CV-2242 W(WMC)

Storez Performance Inc. )
)
Plantiff )
)
vs. ) AFFIDAVIT OF SERVICE
)
Moto Italia, form unknown; Leslie )
Bull; individual; Cycle Performance )
Products Inc.; John Basore, Individual )
Does 1 to 100, inclusive )
Defendant )

The undersigned __Jason Fogleman__ being sworn, deposes and says that he/she served a copy of the Summons and Complaint in this action on the Defendant **Cycle Performance Products Inc.**, by delivering same to:

(x) the Defendant __Cycle Performance Products Inc / John Basore__ personally

( ), a person of _____, a person of
**(RELATIONSHIP)**
discretion residing at the same address of the Defendant;

and leaving him/her one copy of same at: __2724 Spring Garden Rd__ __Winston-Salem NC__ on the __21__ day of __February__, 2008, at __3__ o'clock A.M./P.M. and the Deponent knows the person so served to be the Defendant mentioned and described in the pleadings served, and the Deponent is not a party to, nor interested in this action.

_____
Signature of Deponent

Sworn before me this:
__3__ day of __March__ 2008.
__Merrill V Shaw__
Notary Public for North Carolina
My Commission Expires: __August 3, 2009__

MERRILL V. SHAW
NOTARY PUBLIC
FORSYTH COUNTY
STATE OF NORTH CAROLINA
MY COMMISSION EXPIRES 8-03-2009