STATE OF CALIFORNIA             )    SUMMONS IN A CIVIL ACTION
UNITED STATES                   )    DOCKET NO. 2007-CV-2242 W(WMC)
DISTRICT COURT                  )

Storez Performance Inc.         )
                                )
Plantiff                        )
                                )
vs.                             )    AFFIDAVIT OF SERVICE
                                )
Moto Italia,form unknown;Leslie )
Bull;individual;Cycle Performance )
Products Inc.;John Basore,Individual)
Does 1to100,inclusive           )
Defendant                       )
_____  )

The undersigned __Jason Fogleman__ being sworn, deposes and says that he/she served a copy of the Summons and Complaint in this action on the Defendant

**John Basore**, by delivering same to:

(X) the Defendant __John Basore__ personally;

( ), a person of _____, a person of
                         (RELATIONSHIP)
discretion residing at the same address of the Defendant;

and leaving him/her one copy of same at: __2724 Spring Garden Rd__
__Winston-Salem NC__ on the __21__ day of __FEBRUARY__, 2008,

at __3__ o'clock A.M./P.M. and the Deponent knows the person so served to be the Defendant mentioned and described in the pleadings served, and the Deponent is not a party to, nor interested in this action.

_____
Signature of Deponent

Sworn before me this:
__3__ day of __March__ 2008.
__Merrill V Shaw__
Notary Public for North Carolina
My Commission Expires: __August 3, 2009__

MERRILL V. SHAW
NOTARY PUBLIC
FORSYTH COUNTY
STATE OF NORTH CAROLINA
MY COMMISSION EXPIRES 8-03-2009