STATE OF CALIFORNIA           )
   UNITED STATES              )  SUMMONS IN A CIVIL ACTION
   DISTRICT COURT             )  DOCKET NO. 2007-CV-2242 W(WMC)

Storez Performance Inc.       )
                                       )
Plantiff                      )
                                       )  AFFIDAVIT OF SERVICE
vs.                           )

Moto Italia, form unknown; Leslie  )
Bull; individual; Cycle Performance )
Products Inc.; John Basore, Individual)
Does 1 to 100, inclusive      )
Defendant                     )

The undersigned _____Jason Fogleman_____ being sworn, deposes and says that he/she served a copy of the Summons and Complaint in this action on the Defendant **Cycle Performance Products Inc.**, by delivering same to:

(x) the Defendant __Cycle Performance Products Inc / John Basore__ personally

( ), a person of _____, a person of
**(RELATIONSHIP)**
discretion residing at the same address of the Defendant;

and leaving him/her one copy of same at: _2724 Spring Garden Rd_ _Winston-Salem NC_ on the _21_ day of _February_, 2008, at _3_ o'clock A.M./P.M. and the Deponent knows the person so served to be the Defendant mentioned and described in the pleadings served, and the Deponent is not a party to, nor interested in this action.

_____
Signature of Deponent

Sworn before me this:
_3_ day of _March_ 2008.
_Merrill V Shaw_
Notary Public for North Carolina
My Commission Expires: _August 3, 2009_

MERRILL V. SHAW
NOTARY PUBLIC
FORSYTH COUNTY
STATE OF NORTH CAROLINA
MY COMMISSION EXPIRES 8-03-2009