STATE OF CALIFORNIA          )
UNITED STATES                )    SUMMONS IN A CIVIL ACTION
DISTRICT COURT               )    DOCKET NO. 2007-CV-2242 W(WMC)

Storez Performance Inc.                )
                                       )
Plantiff                               )
                                       )
vs.                                    )    AFFIDAVIT OF SERVICE
                                       )
Moto Italia,form unknown;Leslie        )
Bull;individual;Cycle Performance      )
Products Inc.;John Basore,Individual)
Does 1to100,inclusive                  )
Defendant                              )
_____)

The undersigned __Jason Fogleman__ being sworn, deposes and says that

he/she served a copy of the Summons and Complaint in this action on the Defendant

**John Basore**, by delivering same to:

(X) the Defendant __John Basore__ personally;

( ), a person of _____, a person of
                              (RELATIONSHIP)
discretion residing at the same address of the Defendant;

and leaving him/her one copy of same at: __2724 Spring Garden Rd__

__Winston-Salem NC__ on the __21__ day of __FEBRUARY__, 2008,

at __3__ o'clock A.M./(P.M.) and the Deponent knows the person so served to be the

Defendant mentioned and described in the pleadings served, and the Deponent is not a

party to, nor interested in this action.

_____
Signature of Deponent

Sworn before me this:
__3__ day of __March__ 2008.
__Merrill V Shaw__
Notary Public for North Carolina
My Commission Expires: __August 3, 2009__

MERRILL V. SHAW
NOTARY PUBLIC
FORSYTH COUNTY
STATE OF NORTH CAROLINA
MY COMMISSION EXPIRES 8-03-2009