

1   Steele N. Gillaspey, Esq.
    State Bar No. 145935
2   **GILLASPEY & GILLASPEY**
    The NBC Tower
3   225 Broadway, Suite 2220
    San Diego, California     92101
4   Telephone:          619.234.3700
    Attorney for Plaintiff,
5   STORZ PERFORMANCE, INC.

6

7

8                **UNITED STATES DISTRICT COURT**
            **SOUTHERN DISTRICT OF CALIFORNIA**
9

10  STORZ PERFORMANCE, INC.,      )     Case No.  3:07-CV-02242 W (WMC)
    a California corporation,     )
11                                )
                                  )
            Plaintiff,            )
12       vs.                      )     **REQUEST TO ENTER DEFAULT OF:**
                                  )
13  MOTO ITALIA, form unknown;    )     **MOTO ITALIA**
    LESLIE BULL, an individual;   )
14  CYCLE PERFORMANCE             )
    PRODUCTS, INC.; JOHN BASORE,  )
15  an individual, and, DOES 1 to 100, )
    Inclusive,                    )
16                                )
            Defendants.           )
17  _____   )

18

19

20

21

22

23

24

25                                Honorable Thomas J. Whelan
26                                United States District Court Judge

27
                                  Honorable William McCurine, Jr.
28                                United States Magistrate Judge

STORZ v MOTO ITALIA                          REQ DEFAULT MOTO  3:07CV02242

1    TO THE CLERK OF THIS HONORABLE COURT:

2       Plaintiff Storz Performance, Inc. hereby and herewith respectfully requests that the Clerk

3 of this Honorable Court enter DEFAULT in the above entitled cause and action against Defendant

4 MOTO ITALIA in accordance with, *inter alia*, F.R.Civ.P., Rule 55(a) and upon the ground that

5 said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed

6 by the Federal Rules of Civil Procedure.

7       Plaintiff herein, Storz Performance, Inc. served the Complaint in this cause of action upon

8 Defendant MOTO ITALIA on February 25, 2008 as evidenced by the Proof of Service on file with

9 this Honorable Court.

10       In accord with F.R.Civ.P., Rule 55(a), Plaintiff respectfully submits the declaration of Steele

11 N. Gillaspey in support, concurrently with the filing hereof.

12                         Respectfully submitted,

13 DATED: March 18, 2008

14                          GILLASPEY & GILLASPEY

15

16                  By:     / s / Steele N. Gillaspey

17                       Steele N. Gillaspey, Esq.,
                      Attorney for Plaintiff,

18                       STORZ PERFORMANCE, INC.

19

20

21

22

23

24

25

26

27

28

1       I, the undersigned, do declare that I am employed in the county aforesaid; that I am over the age of eighteen [18] years and not a party to the within entitled action; and that I am executing this
2   proof at the direction of a member of the bar of the above entitled Court.  The business address is:

3                             GILLASPEY & GILLASPEY
              The NBC Tower, 225 Broadway, Suite 2220
4                    San Diego, California 92101

5       ■    MAIL.  I am readily familiar with the business' practice for collection and processing
6   of correspondence for mailing via the United States Postal Service and that the correspondence would be deposited with the United States Postal Service for collections that same day.

7       ☐    FACSIMILE.  I am readily familiar with the business' practice for collection and
8   processing of correspondence for electronic transmission and that the correspondence was successfully transmitted by facsimile that same day in the ordinary course of business.

9       ☐    OVERNIGHT.  I am readily familiar with the business' practice for collection and processing of correspondence for overnight delivery/receipt next day via a major carrier such as
10  UPS, FED EX, DHL or similar carrier, and same were deposited that same day.

11      ☐    ELECTRONIC.  I am readily familiar with the business' practice for collection and processing of documents via its electronic (e-mail) system and said documents were successfully
12  transmitted via e-mail that same day.

13      ☐    PERSONAL.  The below described documents were personally served that day.

14  On the date indicated below, I served the within:

15                    REQUEST FOR DEFAULT (MOTO ITALIA)

16  The above documents were served as set forth above and addressed as follows:

17      John Basore                       Leslie Bull
    2724 Spring Garden Road         1060 Petaluma Boulevard N.
18      Winston-Salem, N.C. 27106       Petaluma, CA 94952

19      Cycle Performance Products, Inc    Moto Italia
    2724 Spring Garden Road         1060 Petaluma Boulevard N.
20      Winston-Salem, N.C. 27106       Petaluma, CA 94952

21      I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct and was *EXECUTED* on March 19, 2008 at San Diego, California.
22

23                                / s / *Toni L. Mathias*

24                                Toni L. Mathias

25

26

27

28

1  Steele N. Gillaspey, Esq.
   State Bar No. 145935
2  **GILLASPEY & GILLASPEY**
   The NBC Tower
3  225 Broadway, Suite 2220
   San Diego, California          92101
4  Telephone:          619.234.3700
   Attorney for Plaintiff,
5  STORZ PERFORMANCE, INC.

6

7

8              **UNITED STATES DISTRICT COURT**
             **SOUTHERN DISTRICT OF CALIFORNIA**
9

10  STORZ PERFORMANCE, INC.,      )    Case No.  3:07-CV-02242 W (WMC)
    a California corporation,      )
11                                 )
                                   )
              Plaintiff,           )
12      vs.                        )         **DECLARATION OF**
                                   )         **STEELE GILLASPEY**
13  MOTO ITALIA, form unknown;     )          **IN SUPPORT OF**
    LESLIE BULL, an individual;    )
14  CYCLE PERFORMANCE             )    REQUEST TO ENTER DEFAULT OF:
    PRODUCTS, INC.; JOHN BASORE,  )
15  an individual, and, DOES 1 to 100, )    MOTO ITALIA
    Inclusive,                     )
16                                 )
              Defendants.          )
17  _____ )

18

19

20

21

22

23

24

25
                              Honorable Thomas J. Whelan
26                            United States District Court Judge

27
                              Honorable William McCurine, Jr.
28                            United States Magistrate Judge

STORZ v MOTO ITALIA                 GILLASPEY DEC DFLT(MOTO)  3:07CV02242

1  I, STEELE N. GILLASPEY, do state and declare as follows:

2      1.      I am an attorney admitted to practice before the bar of this Honorable Court, and in

3  such capacity do represent the Plaintiff in the above entitled cause.

4      2.      On February 25, 2008 at 10:21 a.m., Defendant Moto Italia, located at 1060 Petaluma

5  Boulevard N., Petaluma, California was personally served with the Summons and Complaint in the

6  above entitled action.  Kevin D. Ardoin, process server, executed a Return of Service under penalty

7  of perjury, which document is on file with this Honorable Court.

8      3.      The time allowed by the Federal Rules of Civil Procedure for Moto Italia to respond

9  to the Complaint in this action has expired.

10     4.      No request for extension of time was made by Defendant Moto Italia, nor was any

11  extension of time granted by Plaintiff.

12     5.      Defendant Moto Italia has failed to file a pleading or motion permitted by law in

13  response to the Complaint

14      I declare, under penalty of perjury under the laws of the United States, that the foregoing is

15  true and correct.  Executed at San Diego, CA on March 18, 2008.

16

17                                        / s /  STEELE N. GILLASPEY

18                                        STEELE N. GILLASPEY

19

20

21

22

23

24

25

26

27

28

1      I, the undersigned, do declare that I am employed in the county aforesaid; that I am over the
2  age of eighteen [18] years and not a party to the within entitled action; and that I am executing this
   proof at the direction of a member of the bar of the above entitled Court. The business address is:

3                  GILLASPEY & GILLASPEY
              The NBC Tower, 225 Broadway, Suite 2220
4               San Diego, California 92101

5      ■     MAIL. I am readily familiar with the business' practice for collection and processing
6  of correspondence for mailing via the United States Postal Service and that the correspondence
   would be deposited with the United States Postal Service for collections that same day.

7      ☐     FACSIMILE. I am readily familiar with the business' practice for collection and
8  processing of correspondence for electronic transmission and that the correspondence was
   successfully transmitted by facsimile that same day in the ordinary course of business.

9      ☐     OVERNIGHT. I am readily familiar with the business' practice for collection and
10 processing of correspondence for overnight delivery/receipt next day via a major carrier such as
   UPS, FED EX, DHL or similar carrier, and same were deposited that same day.

11     ☐     ELECTRONIC. I am readily familiar with the business' practice for collection and
12 processing of documents via its electronic (e-mail) system and said documents were successfully
   transmitted via e-mail that same day.

13     ☐     PERSONAL. The below described documents were personally served that day.

14 On the date indicated below, I served the within:

15            GILLASPEY DEC RE: DEFAULT (MOTO ITALIA)

16 The above documents were served as set forth above and addressed as follows:

17     John Basore                        Leslie Bull
       2724 Spring Garden Road         1060 Petaluma Boulevard N.
18     Winston-Salem, N.C. 27106      Petaluma, CA 94952

19     Cycle Performance Products, Inc    Moto Italia
       2724 Spring Garden Road         1060 Petaluma Boulevard N.
20     Winston-Salem, N.C. 27106      Petaluma, CA 94952

21     I declare under penalty of perjury, under the laws of the United States, that the foregoing is
   true and correct and was *EXECUTED* on March 19, 2008 at San Diego, California.
22

23                            / s / *Toni L. Mathias*

24                            Toni L. Mathias

25

26

27

28