1  Steele N. Gillaspey, Esq.
   State Bar No. 145935
2  **GILLASPEY & GILLASPEY**
   The NBC Tower
3  225 Broadway, Suite 2220
   San Diego, California        92101
4  Telephone:        619.234.3700
   Attorney for Plaintiff,
5  STORZ PERFORMANCE, INC.

6

7

8              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF CALIFORNIA
9

10  STORZ PERFORMANCE, INC.,        )    Case No.  3:07-CV-02242 W (WMC)
    a California corporation,       )
11                                  )
                                    )
12              Plaintiff,          )
         vs.                        )    **REQUEST TO ENTER DEFAULT OF:**
13                                  )
    MOTO ITALIA, form unknown;      )    **LESLIE BULL**
14  LESLIE BULL, an individual;     )
    CYCLE PERFORMANCE               )
15  PRODUCTS, INC.; JOHN BASORE,    )
    an individual, and, DOES 1 to 100, )
16  Inclusive,                      )
                                    )
17              Defendants.         )
    _____ )

18

19

20

21

22

23

24

25
                                    Honorable Thomas J. Whelan
26                                  United States District Court Judge

27
                                    Honorable William McCurine, Jr.
28                                  United States Magistrate Judge

STORZ v MOTO ITALIA                           REQ DEFAULT BULL  3:07CV02242

1   TO THE CLERK OF THIS HONORABLE COURT:

2          Plaintiff Storz Performance, Inc. hereby and herewith respectfully requests that the Clerk

3   of this Honorable Court enter DEFAULT in the above entitled cause and action against Defendant

4   LESLIE BULL in accordance with, *inter alia,* F.R.Civ.P., Rule 55(a) and upon the ground that

5   said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed

6   by the Federal Rules of Civil Procedure.

7          Plaintiff Storz Performance, Inc. served the Complaint in this cause of action upon

8   Defendant LESLIE BULL on February 25, 2008 as evidenced by the Proof of Service on file with

9   this Honorable Court.

10         In accord with F.R.Civ.P., Rule 55(a), Plaintiff respectfully submits the declaration of Steele

11  N. Gillaspey in support, concurrently with the filing hereof.

12                                  Respectfully submitted,

13  DATED: March 18, 2008

14                                       GILLASPEY & GILLASPEY

15

16                          By:     / s / Steele N. Gillaspey

17                                  Steele N. Gillaspey, Esq.,
                                    Attorney for Plaintiff,
18                                  STORZ PERFORMANCE, INC.

19

20

21

22

23

24

25

26

27

28

1    I, the undersigned, do declare that I am employed in the county aforesaid; that I am over the
2    age of eighteen [18] years and not a party to the within entitled action; and that I am executing this
     proof at the direction of a member of the bar of the above entitled Court.  The business address is:

3                              GILLASPEY & GILLASPEY
                         The NBC Tower, 225 Broadway, Suite 2220
4                              San Diego, California 92101

5         ■    MAIL.  I am readily familiar with the business' practice for collection and processing
     of correspondence for mailing via the United States Postal Service and that the correspondence
6    would be deposited with the United States Postal Service for collections that same day.

7         ☐    FACSIMILE.  I am readily familiar with the business' practice for collection and
     processing of correspondence for electronic transmission and that the correspondence was
8    successfully transmitted by facsimile that same day in the ordinary course of business.

9         ☐    OVERNIGHT.  I am readily familiar with the business' practice for collection and
     processing of correspondence for overnight delivery/receipt next day via a major carrier such as
10   UPS, FED EX, DHL or similar carrier, and same were deposited that same day.

11        ☐    ELECTRONIC.  I am readily familiar with the business' practice for collection and
     processing of documents via its electronic (e-mail) system and said documents were successfully
12   transmitted via e-mail that same day.

13        ☐    PERSONAL.  The below described documents were personally served that day.

14   On the date indicated below, I served the within:

15                         REQUEST FOR DEFAULT (BULL)

16   The above documents were served as set forth above and addressed as follows:

17       John Basore                          Leslie Bull
         2724 Spring Garden Road              1060 Petaluma Boulevard N.
18       Winston-Salem, N.C.  27106           Petaluma, CA 94952

19       Cycle Performance Products, Inc      Moto Italia
         2724 Spring Garden Road              1060 Petaluma Boulevard N.
20       Winston-Salem, N.C.  27106           Petaluma, CA 94952

21        I declare under penalty of perjury, under the laws of the United States, that the foregoing is
     true and correct and was **EXECUTED** on March 19, 2008 at San Diego, California.
22

23                                          / s / Toni L. Mathias

24                                          _____
                                            Toni L. Mathias
25

26

27

28

STORZ v MOTO ITALIA                    - 3 -            REQ DEFAULT BULL  3:07CV02242

1  Steele N. Gillaspey, Esq.
   State Bar No. 145935
2  **GILLASPEY & GILLASPEY**
   The NBC Tower
3  225 Broadway, Suite 2220
   San Diego, California          92101
4  Telephone:          619.234.3700
   Attorney for Plaintiff,
5  STORZ PERFORMANCE, INC.

6

7

8              **UNITED STATES DISTRICT COURT**
             **SOUTHERN DISTRICT OF CALIFORNIA**
9

10  STORZ PERFORMANCE, INC.,          )    Case No.  3:07-CV-02242 W (WMC)
    a California corporation,          )
11                                     )
                                       )
12              Plaintiff,             )
         vs.                          )          **DECLARATION OF**
13                                     )          **STEELE GILLASPEY**
    MOTO ITALIA, form unknown;        )          **IN SUPPORT OF**
14  LESLIE BULL, an individual;       )
    CYCLE PERFORMANCE                 )    REQUEST TO ENTER DEFAULT OF:
15  PRODUCTS, INC.; JOHN BASORE,      )
    an individual, and, DOES 1 to 100,)          LESLIE BULL
16  Inclusive,                        )
                                       )
17              Defendants.           )
    _____)

18

19

20

21

22

23

24

25
                              Honorable Thomas J. Whelan
26                            United States District Court Judge

27
                              Honorable William McCurine, Jr.
28                            United States Magistrate Judge

STORZ v MOTO ITALIA                    GILLASPEY DEC DFLT(BULL)  3:07CV02242

I, STEELE N. GILLASPEY, do state and declare as follows:

1.      I am an attorney admitted to practice before the bar of this Honorable Court, and in such capacity do represent the Plaintiff in the above entitled cause.

2.      On February 25, 2008 at 10:21 a.m., Defendant Leslie Bull, located at 1060 Petaluma Boulevard N., Petaluma, California was personally served with the Summons and Complaint in the above entitled action.   Kevin D. Ardoin, process server, executed a Return of Service under penalty of perjury, which document is on file with this Honorable Court.

3.      The time allowed by the Federal Rules of Civil Procedure for Leslie Bull to respond to the Complaint in this action has expired.

4.      No request for extension of time was made by Defendant Leslie Bull, nor was any extension of time granted by Plaintiff.

5.      Defendant Leslie Bull has failed to file a pleading or motion permitted by law in response to the Complaint

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.  Executed at San Diego, CA on March 18, 2008.

/ s /    STEELE N. GILLASPEY
_____
STEELE N. GILLASPEY

1      I, the undersigned, do declare that I am employed in the county aforesaid; that I am over the age of eighteen [18] years and not a party to the within entitled action; and that I am executing this
2 proof at the direction of a member of the bar of the above entitled Court.  The business address is:

3                              GILLASPEY & GILLASPEY
                 The NBC Tower, 225 Broadway, Suite 2220
4                         San Diego, California 92101

5     ■     MAIL.  I am readily familiar with the business' practice for collection and processing of correspondence for mailing via the United States Postal Service and that the correspondence
6 would be deposited with the United States Postal Service for collections that same day.

7      ☐     FACSIMILE.  I am readily familiar with the business' practice for collection and processing of correspondence for electronic transmission and that the correspondence was
8 successfully transmitted by facsimile that same day in the ordinary course of business.

9      ☐     OVERNIGHT.  I am readily familiar with the business' practice for collection and processing of correspondence for overnight delivery/receipt next day via a major carrier such as
10 UPS, FED EX, DHL or similar carrier, and same were deposited that same day.

11      ☐     ELECTRONIC.  I am readily familiar with the business' practice for collection and processing of documents via its electronic (e-mail) system and said documents were successfully
12 transmitted via e-mail that same day.

13      ☐     PERSONAL.  The below described documents were personally served that day.

14 On the date indicated below, I served the within:

15           GILLASPEY DEC RE: DEFAULT (LESLIE BULL)

16 The above documents were served as set forth above and addressed as follows:

17     John Basore                 Leslie Bull
    2724 Spring Garden Road      1060 Petaluma Boulevard N.
18     Winston-Salem, N.C. 27106    Petaluma, CA 94952

19     Cycle Performance Products, Inc   Moto Italia
    2724 Spring Garden Road      1060 Petaluma Boulevard N.
20     Winston-Salem, N.C. 27106    Petaluma, CA 94952

21      I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct and was *EXECUTED* on March 19, 2008 at San Diego, California.
22

23                            / s / *Toni L. Mathias*

24                            Toni L. Mathias

25

26

27

28