Steele N. Gillaspey, Esq.
State Bar No. 145935
**GILLASPEY & GILLASPEY**
The NBC Tower
225 Broadway, Suite 2220
San Diego, California    92101
Telephone:    619.234.3700
Attorney for Plaintiff,
STORZ PERFORMANCE, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ PERFORMANCE, INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>MOTO ITALIA, form unknown; LESLIE BULL, an individual; CYCLE PERFORMANCE PRODUCTS, INC.; JOHN BASORE, an individual, and, DOES 1 to 100, Inclusive,<br><br>          Defendants. | Case No. 3:07-CV-02242 W (WMC)<br><br>**REQUEST TO ENTER DEFAULT OF:**<br><br>**JOHN BASORE** |

Honorable Thomas J. Whelan
United States District Court Judge

Honorable William McCurine, Jr.
United States Magistrate Judge

1  TO THE CLERK OF THIS HONORABLE COURT:

2  Plaintiff Storz Performance, Inc. hereby and herewith respectfully requests that the Clerk
3  of this Honorable Court enter **DEFAULT** in the above entitled cause and action against Defendant
4  **JOHN BASORE** in accordance with, *inter alia*, F.R.Civ.P., Rule 55(a) and upon the ground
5  that said Defendant has failed to appear or otherwise respond to the Complaint within the time
6  prescribed by the Federal Rules of Civil Procedure.

7  Plaintiff Storz Performance, Inc. served the Complaint in this cause of action upon
8  Defendant **JOHN BASORE** on February 21, 2008 as evidenced by the Proof of Service on file with
9  this Honorable Court.

10  In accord with F.R.Civ.P., Rule 55(a), Plaintiff respectfully submits the declaration of Steele
11  N. Gillaspey in support, concurrently with the filing hereof.

12              Respectfully submitted,

13  DATED: March 18, 2008

14              GILLASPEY & GILLASPEY

16          By:   / s / Steele N. Gillaspey

17              Steele N. Gillaspey, Esq.,
                Attorney for Plaintiff,
18              STORZ PERFORMANCE, INC.

1  I, the undersigned, do declare that I am employed in the county aforesaid; that I am over the age of eighteen [18] years and not a party to the within entitled action; and that I am executing this proof at the direction of a member of the bar of the above entitled Court. The business address is:

GILLASPEY & GILLASPEY
The NBC Tower, 225 Broadway, Suite 2220
San Diego, California 92101

■   MAIL. I am readily familiar with the business' practice for collection and processing of correspondence for mailing via the United States Postal Service and that the correspondence would be deposited with the United States Postal Service for collections that same day.

☐   FACSIMILE. I am readily familiar with the business' practice for collection and processing of correspondence for electronic transmission and that the correspondence was successfully transmitted by facsimile that same day in the ordinary course of business.

☐   OVERNIGHT. I am readily familiar with the business' practice for collection and processing of correspondence for overnight delivery/receipt next day via a major carrier such as UPS, FED EX, DHL or similar carrier, and same were deposited that same day.

☐   ELECTRONIC. I am readily familiar with the business' practice for collection and processing of documents via its electronic (e-mail) system and said documents were successfully transmitted via e-mail that same day.

☐   PERSONAL. The below described documents were personally served that day.

On the date indicated below, I served the within:

REQUEST FOR DEFAULT (BASORE)

The above documents were served as set forth above and addressed as follows:

John Basore
2724 Spring Garden Road
Winston-Salem, N.C. 27106

Leslie Bull
1060 Petaluma Boulevard N.
Petaluma, CA 94952

Cycle Performance Products, Inc
2724 Spring Garden Road
Winston-Salem, N.C. 27106

Moto Italia
1060 Petaluma Boulevard N.
Petaluma, CA 94952

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct and was **EXECUTED** on March 19, 2008 at San Diego, California.

/s/ Toni L. Mathias

Toni L. Mathias

STORZ v MOTO ITALIA               - 3 -               REQ DEFAULT BASORE 3:07CV02242

1  Steele N. Gillaspey, Esq.
   State Bar No. 145935
2  **GILLASPEY & GILLASPEY**
   The NBC Tower
3  225 Broadway, Suite 2220
   San Diego, California    92101
4  Telephone:    619.234.3700
   Attorney for Plaintiff,
5  STORZ PERFORMANCE, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ PERFORMANCE, INC., a California corporation,<br><br>　　　　Plaintiff,<br>vs.<br><br>MOTO ITALIA, form unknown; LESLIE BULL, an individual; CYCLE PERFORMANCE PRODUCTS, INC.; JOHN BASORE, an individual, and, DOES 1 to 100, Inclusive,<br><br>　　　　Defendants. | Case No. 3:07-CV-02242 W (WMC)<br><br>**DECLARATION OF STEELE GILLASPEY IN SUPPORT OF**<br><br>REQUEST TO ENTER DEFAULT OF:<br><br>JOHN BASORE |

Honorable Thomas J. Whelan
United States District Court Judge

Honorable William McCurine, Jr.
United States Magistrate Judge

STORZ v MOTO ITALIA                    GILLASPEY DEC DFLT(BASORE) 3:07CV02242

I, STEELE N. GILLASPEY, do state and declare as follows:

1. I am an attorney admitted to practice before the bar of this Honorable Court, and in such capacity do represent the Plaintiff in the above entitled cause.

2. On February 21, 2008 at 3:00 p.m., Defendant John Basore, located at 2724 Spring Garden Road, Winston-Salem, North Carolina was personally served with the Summons and Complaint in the above entitled action. Jason Fogleman, process server, executed a Return of Service under penalty of perjury, which document is on file with this Honorable Court.

3. The time allowed by the Federal Rules of Civil Procedure for John Basore to respond to the Complaint in this action has expired.

4. No request for extension of time was made by Defendant John Basore, nor was any extension of time granted by Plaintiff.

5. Defendant John Basore has failed to file a pleading or motion permitted by law in response to the Complaint

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed at San Diego, CA on March 18, 2008.

/s/ STEELE N. GILLASPEY
_____
STEELE N. GILLASPEY

STORZ v MOTO ITALIA        - 2 -        GILLASPEY DEC DFLT(BASORE) 3:07CV02242

I, the undersigned, do declare that I am employed in the county aforesaid; that I am over the age of eighteen [18] years and not a party to the within entitled action; and that I am executing this proof at the direction of a member of the bar of the above entitled Court. The business address is:

GILLASPEY & GILLASPEY
The NBC Tower, 225 Broadway, Suite 2220
San Diego, California 92101

■   MAIL. I am readily familiar with the business' practice for collection and processing of correspondence for mailing via the United States Postal Service and that the correspondence would be deposited with the United States Postal Service for collections that same day.

☐   FACSIMILE. I am readily familiar with the business' practice for collection and processing of correspondence for electronic transmission and that the correspondence was successfully transmitted by facsimile that same day in the ordinary course of business.

☐   OVERNIGHT. I am readily familiar with the business' practice for collection and processing of correspondence for overnight delivery/receipt next day via a major carrier such as UPS, FED EX, DHL or similar carrier, and same were deposited that same day.

☐   ELECTRONIC. I am readily familiar with the business' practice for collection and processing of documents via its electronic (e-mail) system and said documents were successfully transmitted via e-mail that same day.

☐   PERSONAL. The below described documents were personally served that day.

On the date indicated below, I served the within:

GILLASPEY DEC RE: DEFAULT (JOHN BASORE)

The above documents were served as set forth above and addressed as follows:

John Basore
2724 Spring Garden Road
Winston-Salem, N.C. 27106

Leslie Bull
1060 Petaluma Boulevard N.
Petaluma, CA 94952

Cycle Performance Products, Inc
2724 Spring Garden Road
Winston-Salem, N.C. 27106

Moto Italia
1060 Petaluma Boulevard N.
Petaluma, CA 94952

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct and was **EXECUTED** on March 19, 2008 at San Diego, California.

/ s / Toni L. Mathias
_____
Toni L. Mathias

STORZ v MOTO ITALIA         - 3 -     GILLASPEY DEC DFLT(BASORE) 3:07CV02242