# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
MAR 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Storz Performance, Inc.

                           Plaintiff,

vs

Moto Italia, Leslie Bull, Cycle Performance Products, Inc., John Basore

                           Defendant,

Civil No.   07cv02242 W (WMc)

**DEFAULT**

      It appears from the records in the above entitled action that Summons issued on the original Complaint filed on 11/27/07 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

MOTO ITALIA
LESLIE BULL
CYCLE PERFORMANCE PRODUCTS
JOHN BASORE

**Entered On:**   March 21, 2008

W. SAMUEL HAMRICK, JR., CLERK

By: _____
              A. Everill, Deputy