# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Whelan__
FROM: __C Puttmann,__ Deputy Clerk   RECEIVED DATE: __3/18/2008__
CASE NO.: __07cv2242 W WMC__   DOCUMENT FILED BY: __Defendant__
CASE TITLE: __Storz Performance, Inc. V. Motio Italia et al__
DOCUMENT ENTITLED: __Letter__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Ex Parte Communication not permitted. |

Date forwarded: __3/19/2008__

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: __3/20/08__   CHAMBERS OF: __THOMAS J. WHELAN__
cc: All Parties   By: __Law Clerk__

**Cycle Performance Products, Inc.**
2724 Spring Garden Rd.
Winston-Salem, NC 27106 USA
Tel/Fax (336) 245-3594
E-Mail JFBasorell@triad.rr.com
Office Hours: Weekdays 9 AM to 5 PM
"Our Bracket Any Gauge"
Established 1982

**REJECTED**

## Memo

| | |
|---|---|
| Date: | March 13, 2008 |
| To: | Steele N. Gillaspey |
| Reference: | Civil Action |
| From: | John F. Basore |

I John F. Basore, president of Cycle Performance Products, Inc. deny all claims in this civil action, ie. copies enclosed.

Now, under law we are prepared to give traceability on all product ever sold or currently being held for sale.

Furthermore, if the manufacture in question is "Ceriani" it will be so stated and will continue to be so noted.

Finally, any further actions that hinder traceability laws will be consider restraint of trade.

*[signature]*

Cycle Performance Products, Inc.
John F. Basore, president

cc: United States District Court/Southern District of California