# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED 08 APR -7 AM 9:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Whelan__
FROM: __K.Hammerly,__ Deputy Clerk       RECEIVED DATE: __3/27/2008__
CASE NO.: __07cv2242__        DOCUMENT FILED BY: __Deft Basore__
CASE TITLE: __Storz Performance v. Italia, et al__
DOCUMENT ENTITLED: __Untitled__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: Improper Format |

Date forwarded: __4/2/2008__

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __THOMAS J. WHELAN__

Dated: __4/7/08__       By: __Law Clerk__
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]



**REJECTED**

FedEx Kinko's
Office and Print Center

FedEx Kinko's

March 13, 2008 16:38                                   Page: 1
Receipt #: 411158
MasterCard #: XXXXXXXXXXXX1731
2008/03/13 16:27

| Qty | Description | Amount |
|---|---|---|
| 12 | ES B&W S/S White 8.5 x11 | 0.96 |
| 10 | ES B&W S/S White 8.5 x11 | 0.80 |
|  | SubTotal | 1.76 |
|  | Taxes | 0.12 |
|  | Total | 1.88 |

The Card holder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.

232 S. Stratford    (336) 722-6611
Winston-Salem, NC  27103
www.fedexkinkos.com
Please recycle this receipt.

---

```
                    ardmore station
                winston salem, North Carolina
                        271032510
                      3631970131 -0097
03/13/2008     (800)275-8777        05:03:54 PM

─────────────── Sales Receipt ───────────────
Product              Sale    Unit      Final
Description          Qty     Price     Price

PETALUMA CA 94952                      $8.95
Zone-8 Priority Mail
Flat Rate Box
1 lb.  7.00 oz.
                                      ======
  Issue PVI:                           $8.95

58c Margaret          1     $0.58      $0.58
Chase Smith
PSA
SAN DIEGO CA 92101                     $4.60
Zone-8 Priority Mail                  [Denied]
1.50 oz.
                                      ======
  Issue PVI:                           $4.60
                                     [Attorney]
SAN DIEGO CA 92101                     $4.60
Zone-8 Priority Mail
1.40 oz.
                                      ======
  Issue PVI:                           $4.60

GRAND RAPIDS MI 49512                  $4.60
Zone-4 Priority Mail
3.00 oz.
                                      ======
  Issue PVI:                           $4.60
                                    ════════
Total:                                $23.35

Paid by:
MasterCard                            $23.35
    Account #:       XXXXXXXXXXXX1731
    Approval #:      095776
    Transaction #:   414
  23 903100139

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS

Bill#: 1000301125372
Clerk: 06

    All sales final on stamps and postage.
     Refunds for guaranteed services only.
         Thank you for your business.
*****************************************
*****************************************
        HELP US SERVE YOU BETTER

      Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

         YOUR OPINION COUNTS
*****************************************
*****************************************


              Customer Copy
```

2nd Notice 3/25
1st Notice 3/13