

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Storz Performance Inc.,<br><br>           Plaintiff,<br><br>vs.<br><br>Moto Italia et al,<br><br>           Defendant. | CASE NO. 07CV2242-W<br><br><br>NOTICE OF HEARING |

Please take notice that the above-entitled action has been placed on the calendar of the Honorable Thomas J. Whelan on June 2, 2008 at 10:30 a.m., in courtroom 7, at the U.S. District Courthouse, 940 Front Street, San Diego, California.

__X__ **FOR DISMISSAL FOR FAILURE TO MOVE FOR DEFAULT JUDGMENT** under Local Rule 55.1 for failure to move for default judgment within thirty (30) days of the entry of a default.

W. SAMUEL HAMRICK, JR., CLERK

by:   C. Tremble
       Courtroom Deputy
       619-557-6417