**FILED**
MAY 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ PERFORMANCE, INC., a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>MOTO ITALIA, form unknown; LESLIE BULL, an individual; CYCLE PERFORMANCE PRODUCTS, INC.; JOHN BASORE, an individual, and, DOES 1 to 100, Inclusive,<br><br>   Defendants. | Case No. 3:07-CV-02242 W (WMC)<br><br>**COURT ORDER** |

1   ON GOOD CAUSE APPEARING, from the oral request of Plaintiff counsel, Steele N.
2   Gillaspey based upon a conflicting medical matter, the Hearing as set by the Court for 10:30 a.m. on
3   June 2, 2008 (Case Docket Number 18, dated May 16, 2008) is hereby and herewith vacated.

IT IS SO ORDERED

5   ENTERED:

*[signature]* 5/28/08

HONORABLE THOMAS J. WHELAN,
United States District Court Judge,
Judge Presiding

12  cc:   Honorable William McCurine, Jr.
          United States Magistrate Judge