

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ PERFORMANCE INC., <br><br> Plaintiff, <br><br> vs. <br><br> MOTO ITALIA ET AL, <br><br> Defendant. | CASE NO. 07CV2242-W(WMC) <br><br><br> NOTICE OF HEARING |

Please take notice that the above-entitled action has been placed on the calendar of the Honorable Thomas J. Whelan on July 21, 2008 at 10:30 a.m., in courtroom 7, at the U.S. District Courthouse, 940 Front Street, San Diego, California.

_X_   **FOR DISMISSAL FOR FAILURE TO MOVE FOR DEFAULT JUDGMENT** under Local Rule 55.1 for failure to move for default judgment within thirty (30) days of the entry of a default.

W. SAMUEL HAMRICK, JR., CLERK

by: C. Tremble
Courtroom Deputy
619-557-6417