1  Steele N. Gillaspey, Esq.
   State Bar No. 145935
2  **GILLASPEY & GILLASPEY**
   The NBC Tower
3  225 Broadway, Suite 2220
   San Diego, California        92101
4  Telephone:        619.234.3700
   Attorney for Plaintiff,
5  STORZ PERFORMANCE, INC.

6

7

8             **UNITED STATES DISTRICT COURT**
              **SOUTHERN DISTRICT OF CALIFORNIA**
9

10  STORZ PERFORMANCE, INC.,          )    Case No.  3:07-CV-02242 W (WMC)
    a California corporation,          )
11                                     )
                      Plaintiff,       )
12            vs.                      )
                                       )
13  MOTO ITALIA, form unknown;        )
    LESLIE BULL, an individual;        )
14  CYCLE PERFORMANCE               )    DATE:      September 15, 2008
    PRODUCTS, INC.; JOHN BASORE,      )
15  an individual, and, DOES 1 to 100, )   TIME:      10:30 a.m.
    Inclusive,                         )
16                                     )    PLACE:     Hon. Thomas J. Whelan
                      Defendants.      )               Courtroom No. 7
17  _____)

18

19

20

21                  **DECLARATION OF**
              **STEELE N. GILLASPEY RE:**
22           **LODGEMENT OF EXHIBITS 1 TO 5**

23

24

25
                              Honorable Thomas J. Whelan
26                            United States District Court Judge

27
                              Honorable William McCurine, Jr.
28                            United States Magistrate Judge

STORZ v MOTO ITALIA                    GILLASPEY DECLARATION  3:07CV02242

1   I, STEELE N. GILLASPEY, do state and declare as follows:

2       1.      I am an attorney admitted to practice before this Honorable Court and I represent

3   Storz Performance, Inc., the Plaintiff in the above entitled action. I have personal knowledge of the

4   following, and if called upon to testify, I could and would testify competently thereto.

5       2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Certificate of

6   Trademark Registration No. 1,927,816. **Exhibit 1** is a two page document issued by the U.S. Patent

7   & Trademark Office for the trademark Ceriani®. Storz Performance, Inc., the Plaintiff herein, is the

8   identified registrant and owner of the mark. **Exhibit 1** further notes that Storz' use of the Ceriani

9   trademark in commerce dates back to May 1985.

10      3.      Attached hereto as **Exhibit 2A** is a true and correct copy of pages from the Moto

11  Italia /Cycle Performance active internet website as of <u>October 2007</u>. The website and copies made

12  therefrom were made by my office in San Diego, California.  **Exhibit 2A** is a four (4) page

13  document, the pages taken from the original as used in the State of California and throughout the

14  country. The <u>first page</u> of **Exhibit 2A** identifies "*MOTO ITALIA, 1060 Petaluma Blvd. North,*

15  *Petaluma, CA USA 94952*", and that the website it is a catalogue site.  The website address shows

16  as "Motomacchi" . The <u>second page</u> of **Exhibit 2A** contains copyright claims by MOTO ITALIA

17  as to the site. <u>Page three</u> of **Exhibit 2A** is entitled "Super Sprint".  <u>Page three</u> directly references

18  "JOHN BASORE", the owner of "*CYCLE PERFORMANCE PRODUCTS*". Clicking on "parts Catalog"

19  on <u>page three</u> of **Exhibit 2A** brings up the items offered for purchase. <u>Pages four, five and six</u> of

20  **Exhibit 2A** are the catalogue pages. <u>Page five</u> of **Exhibit 2A** lists the sale of a "*CERIANI Fork*" as

21  Catalogue No. *CPP/2005-30*.  It is presumed that the identifier "CPP" stands for ""*CYCLE*

22  *PERFORMANCE PRODUCTS*" .  Additionally, <u>pages 2, and 6</u> of **Exhibit 2A** carry the copyright

23  claims by MOTO ITALIA.  **Exhibit 2A** shows solicitation of sale of products under the Storz

24  trademark, Ceriani®, identifying the Defendants as the seller.

25      4.      Attached hereto as **Exhibit 2B** is a true and correct copy of pages from the Moto Italia

26  /Cycle Performance active internet website as of <u>July 2008</u>.   **Exhibit 2B** is a four (4) page

27  document, the pages taken from the original as used in the State of California and throughout the

28  country.  It is noted that the website was changed from September 2007, and using a heading of

STORZ v MOTO ITALIA              - 2 -        GILLASPEY DECLARATION 3:07CV02242

1   "Motomacchi". However, directly below that heading is the identification "*MOTO ITALIA ONLINE*

2   *CATALOG, 1060 Petaluma Blvd. North, Petaluma, CA USA 94952*". Below that identification is the

3   identification of "*CYCLE PERFORMANCE PRODUCTS*" as a co-seller on the site. The website and

4   copies made therefrom were made by my office in San Diego, California. Reference is made to the

5   second page of Exhibit 2B,  showing the "Super Sprint", which is reached by clicking on "*CYCLE*

6   *PERFORMANCE PRODUCTS*" on the first page. One then clicks on CYCLE's "Parts Catalog",

7   which brings up page three of **Exhibit 2B**. On page three of **Exhibit 2B** is found an offer for sale

8   of a "*CERIANI Fork*" as Catalogue No. *CPP/2005-30*. It is presumed that the identifier "CPP"

9   stands for ""*CYCLE PERFORMANCE PRODUCTS*" . Additionally, pages 2 and 4 of **Exhibit 2B** carry

10  the copyright claims by MOTO ITALIA. **Exhibit 2B** shows solicitation of sale of products under the

11  Storz trademark, Ceriani®, identifying the Defendants as the seller.

12       5.      Attached hereto as **Exhibit 3** is a true and correct copy of the 2000 Judgment entered

13  by the United States District, Honorable Jeffrey T. Miller, in Case No. 00 CV 0629 upholding

14  trademark validity, exclusive ownership by Storz, and entering permanent injunction in favor of

15  Storz on the Storz Ceriani® trademark.

16       6.      Attached hereto as **Exhibit 4** is a true and correct copy of the 2003 Judgment entered

17  by the United States District, Honorable Irma E. Gonzales, in Case No. 01 CV 00218 upholding

18  trademark validity, exclusive ownership by Storz, and entering permanent injunction and monetary

19  damages of $ 1,048,320.00 in favor of Storz for infringement of the Storz Ceriani® trademark.

20       7.      Attached hereto as **Exhibit 5** is a copy of Plaintiff's Proposed Judgment for this

21  Honorable Court's consideration.

22       I declare, under penalty of perjury under the laws of the United States and of the State of

23  California, that the foregoing is true and correct to the best of my knowledge and belief. Executed

24  at San Diego, CA on July 21, 2008.

25

26                                                  STELLE N. GILLASPEY

27

28  ///

STORZ v MOTO ITALIA                  - 3 -        GILLASPEY DECLARATION 3:07CV02242

**EXHIBIT 1**



# The United States of America

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

## PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this seventeenth day of October 1995.

*Bruce Lehman*

Commissioner of Patents and Trademarks

PTO-130
(Rev. 8/93)



Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

Reg. No. 1,927,816

**United States Patent and Trademark Office** Registered Oct. 17, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## CERIANI

STORZ PERFORMANCE, INC. (CALIFORNIA CORPORATION)
239 SOUTH OLIVE STREET
VENTURA, CA 930012339

FOR: MOTORCYCLE SUSPENSION SYSTEMS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 5-13-1985; IN COMMERCE 5-13-1985.

SEC. 2(F).

SER. NO. 74-575,410, FILED 9-19-1994.

ANDREW BAXLEY, EXAMINING ATTORNEY

**EXHIBIT 2A**



## Moto Italia

Aermacchi, Harley Davidson
Lightweight New and Used
Parts
Specializing in Sprints



1060 Petaluma Blvd. North
Petaluma, CA, USA 94952
Phone or Fax 707/763-1982

Moto Italia has been in the Aermacchi/Harley-Davidson parts business since 1985. Our inventory consists of over 1/2 million dollars in new Aermacchi/Harley-Davidson parts and accessories. Our stock has grown from sources in the United States, England and Italy. A few of the highlights of Moto Italia's collection are a 1964 250cc CRTT Sprint, a 250cc Chimera, a "Dale's Harley Shop" 1975 SX-250 Desert Racer (prototype MX-250) and production version MX-250.

Throughout this site, you will find graphics of Aermacchi/Harley-Davidson motorcycles. Following are some of the areas to visit at Moto Italia. These areas will grow and change over time, so come back and visit.

- Aermacchi History giving insight into the different models and years.
- Production Figures for various Aermacchi/Harley-Davidson models
- Online Catalog of Parts Books, Shop Manuals, Owners Manuals, Literature, Decals and other accessories.
  Please contact Moto Italia directly for mechanical components.
- Super Sprint Race Kits transform your stock Sprint into a replica GP-350 racer for track or street.
- Bracktree by Cycle Performance Parts Alloy instruments, auto meter guages.
- Roadtest Literature a listing of copies of Italian motorcycle roadtest articles.
- Bike of the Month highlighting customers' Aermacchi/Harley-Davidsons
- Ceriani 35mm Fork Manual - posted to aid you with your Ceriani 35mm Road Racing Forks.
- SS Dell'orto Carburetor Tech. Manual - posted to aid you with your Series SS Dell'orto Sport/Racing Carburetors.

### Moto Italia's Hours
Monday to Friday 8am to 5:30pm
Saturday 9am to 2pm
Please call Moto Italia directly for all your
Aermacchi/Harley-Davidson needs



© 1996-2007 Moto Italia. All rights reserved.
Created by Robert D. Rice/The Digital Garage.



**Super Sprint**

The legendary Sprint CRTT flat-single competition racers were born in 1961 when the Italian factory of Aermacchi entered into a financial relationship with Harley-Davidson of the USA, a union which led to the production of 250cc and 350cc racing motorcycles for A.M.A. lightweight competition.

Experience the Harley-Davidson Sprint competition Racer again and join the racing action in conjunction with A.H.R.M.A. and W.E.R.A. at such elite race tracks as Daytona and Mid Ohio. Based upon a kit developed by John Basore and a combination of available used parts from road going models, your replica road racer delivers all the performance and style of the original grand prix models.

**That's right, either purchase or sponsor, but most importantly get off the fence** and experience antique motorcycle road-racing utilizing the old Harley-Davidson Sprint. Definitely **"A Blast from the Past"!**

**Kits starting at $4995 to a race ready chassis at $5995.**

- Super Sprint Race Kits Index
- Parts Catalog
- Photo Gallery

© 1996-2007 Moto Italia. All rights reserved.
Created by Robert D. Rice/The Digital Garage.

# Super Sprint Race Kits

## Aermacchi Road Race Kit & Optional Parts
## 2005 Racer Price List

| Part Number | Description | Retail |
|---|---|---|
| CPP/1000 | CYCLE '65 CRTT Chassis Kit (CPP/1001 thru CPP/1039) | 4995.00 |
| CPP/1001 | Seat Tabs, Steel (4) | 5.16 |
| CPP/1002 | Rear Seat Tabs, Steel (2) | 5.42 |
| CPP/1003 | Front Fairing Mount Tabs, Steel (2) | 4.44 |
| CPP/1004 | Front Fairing Mounts, Chrome Molly Tubing | 88.67 |
| CPP/1005 | Side Fairing Mounts, Chrome Molly Tubing (2) | 71.11 |
| CPP/1006 | Frame Braces, Chrome Molly Tubing (2) | 48.89 |
| CPP/1007 | Rear Fuel Tank Mount, Chrome Molly Tubing | 26.67 |
| CPP/1008 | Front Axle Speedo Drive Unit Spacer. Alloy | 10.00 |
| CPP/1009 | Clip-On Spacers, Alloy 35mm to 30mm (2) | 28.49 |
| CPP/1010 | Foot Set Spacers, Alloy (2) | 9.57 |
| CPP/1011 | Fork Tube Preload Spacers, Alloy 30mm (2) | 10.00 |
| CPP/1012 | MOTION PRO Throttle Cable Assembly | 13.33 |
| CPP/1013 | Clutch or Brake Cable Assembly (2) | 26.67 |
| CPP/1014 | MOROSO Petcock (2) | 33.33 |
| CPP/1015 | LEAK PROOF Fork Seal Kit, 30mm | 20.62 |
| CPP/1016 | ANW Offset Shift Lever, Alloy | 62.22 |
| CPP/1017 | Exhaust Pipe & Hanger, ERS or Works Style | 280.00 |
| CPP/1018 | Carburetor Air Horn, Alloy 30mm | 42.96 |
| CPP/1019 | MAGURA Clip-Ons, Alloy 35mm | 168.89 |
| CPP/1020 | Kill Button, Alloy | 9.44 |
| CPP/1021 | Throttle & Grip | 40.33 |
| CPP/1022 | Left Grip | 6.48 |
| CPP/1023 | Right Lever Assembly, Alloy | 32.04 |
| CPP/1024 | Left Lever Assembly, Alloy | 29.22 |
| CPP/1025 | TAROZZI Alloy Rigid Rear Set Kit | 130.82 |

| CPP/1026 | FCL Fairing, Poppy Red Fiberglass Two Piece Works Style | 526.38 |
| CPP/1027 | Windscreen, Clear Plexiglas | 78.12 |
| CPP/1028 | Fuel Tank & Gas Cap, Poppy Red Fiberglass | 651.00 |
| CPP/1029 | Seat with Cover, Poppy Red Fiberglass | 228.78 |
| CPP/1030 | Front Fender, Poppy Red Fiberglass | 83.70 |
| CPP/1031 | AVON Vintage Front Racing Tire, AM20 90/90 H18 | 210.18 |
| CPP/1032 | AVON Vintage Rear Racing Tire, AM20 or AM22 110/80 H18 | 231.51 |
| CPP/1033 | MICHELIN Front or Rear Tube | 30.22 |
| CPP/1036 | EXCEL Front Rim, Alloy Shouldered WM-2 | 234.44 |
| CPP/1037 | Rear Rim, Alloy Shouldered WM-3 | 252.09 |
| CPP/1038 | BUCHANAN Spoke Sets, Stainless Steel (2) | 228.80 |
| CPP/1039 | PROGRESSIVE Rear Shock Set, 11" | 314.60 |

## (Optional Parts & Accessories)

| Part Number | Description | Retail |
|---|---|---|
| CPP/2000 | WISECO 74/74.5/75/75.5MM std. Forged Piston | 134.71 |
| CPP/2004 | CYCLE '66 CRTT Frame, Chrome-molly W/Bearings, Mts & Hdw. | 2667.00 |
| CPP/2005-30 | CERIANI Fork 30mm Fork Assy, 675mm (NOS or Rebuilt) | 649.00 |
| CPP/2005-35 | GCB 35mm Race Replica Fork 725mm length | 1295.00 |
| CPP/2006 | CYCLE KRTT Style Seat & Pad, White Fiberglass | 166.67 |
| CPP/2007-230 | GRIMECA Four Shoe Double Leading Front Brake Assy. 230mm | 742.40 |
| CPP/2007-180 | Four Shoe Single Leading Front Brake 180mm | 495.00 |
| CPP/2007-180F | H-D Full Width Double Leading Front Brake, 180mm (NOS or Rebult) | CALL |
| CPP/2007-180R | Full Width Single Leading Rear Brake, 180mm (NOS or Rebult) | CALL |
| CPP/2008 | ANW Belly Pan, Alloy | 131.85 |
| CPP/2009 | MOROSO Exhaust Pipe W/Muffler & Hanger, Works Style | 331.85 |
| CPP/2010 | MAGURA Right Dual Pull Lever Assembly, Alloy | 77.84 |
| CPP/2011 | MOTION PRO Rear Brake Cable Assembly | 26.67 |
| CPP/2012 | DIAMOND ENGINEERING Polished Stainless Steel Hardware | CALL |

| CPP/2040 | AUTO METER 10K Tachometer & Bracket Kit | 303.64 |
| CPP/2041 | RJE Five Speed C/R Transmission Kit, Std. "Sprint" | CALL |
| CPP/2042 | HANDY Front & Rear Wheel Stands | 153.33 |
| CPP/2043 | SPROCKET SPECIALISTS 428 or 520 Sprockets | CALL |
| CPP/2044 | EK 428 or 520 Racing Chain | CALL |
| CPP/2048 | AERMACCHI T-Shirt M/L/XL | 20.00 |
| CPP/2049 | Studio Photos, CRTT / CRS / ERS L & R 8.5" x 11" | 10.00 |

(Prices subject to change without notice)

- Race Kits Index
- Parts Catalog
- Photo Gallery

© 1996-2007 Moto Italia. All rights reserved.
Created by Robert D. Rice/The Digital Garage.

**EXHIBIT 2B**



**Moto Italia**
**Online Catalog**

1060 Petaluma Blvd. North, Petaluma, CA, USA 94952
Phone or Fax 707/763-1982

This catalog represents only a small portion of Moto Italia's stock and includes literature (price lists, parts books, owners manuals, shop manuals, road tests), decals, shirts, tires, accessories, and miscellaneous items. Since our stock of mechanical components is large and continually changing, it is not practical to include it online. Please contact Moto Italia directly for these and other inquiries.

CYCLE PERFORMANCE PRODUCTS for Auto Meter Pro-Cycle instrumentation
SALES TERMS
LITERATURE
DECALS AND PATCHES
SHIRTS
ACCESSORIES
MISCELLANEOUS

## SALES TERMS

ORDERS: Please state the year, model, color and the ID number ( found on the right side of the engine crankcase and the right side of the frame neck ). Most helpful are the original Harley-Davidson part numbers, or the original manufacturer's numbers such as Bosch, Dellorto, etc.

TERMS: Personal checks, money orders, Master Card, Visa, American Express or Discover preferred. COD shipments are possible, through either UPS or the Post Office. Residents of California need to include the state sales tax at their local county rate. Canadian and foreign orders need to be paid with an international postal money order in US dollars or via Charge Cards.

STOCK: Primarily NOS ( new old stock ) which may occasionally show scratches and spots of surface rust from long storage and moving. Most are in fine condition. Some are replacement parts made in the 1960's and others are new Italian manufactured parts. Moto Italia makes no warranty either expressed or implied. Used parts are cleaned and checked for serviceability. Engines and transmissions are sold as-is.



## Super Sprint

The legendary Sprint CRTT flat-single competition racers were born in 1961 when the Italian factory of Aermacchi entered into a financial relationship with Harley-Davidson of the USA, a union which led to the production of 250cc and 350cc racing motorcycles for A.M.A. lightweight competition.

Experience the Harley-Davidson Sprint competition Racer again and join the racing action in conjunction with A.H.R.M.A. and W.E.R.A. at such elite race tracks as Daytona and Mid Ohio. Based upon a kit developed by John Basore and a combination of available used parts from road going models, your replica road racer delivers all the performance and style of the original grand prix models.

**That's right, either purchase or sponsor, but most importantly get off the fence** and experience antique motorcycle road-racing utilizing the old Harley-Davidson Sprint. Definitely **"A Blast from the Past"!**

**Kits starting at $4995 to a race ready chassis at $5995.**

- Super Sprint Race Kits Index
- Parts Catalog
- Photo Gallery

© 1996-2007 Moto Italia. All rights reserved.
Created by Robert D. Rice/The Digital Garage.

| CPP/1031 | AVON Vintage Front Racing Tire, AM20 90/90 H18 | 234.00 |
| CPP/1032 | AVON Vintage Rear Racing Tire AM22 110/80 H18 | 257.00 |
| CPP/1033 | MICHELIN Front or Rear Tubes (2) | 33.00 |
| CPP/1036 | EXCEL Front Rim, Alloy Shouldered WM-2 | 260.00 |
| CPP/1037 | Rear Rim, Alloy Shouldered WM-3 | 280.00 |
| CPP/1038 | BUCHANAN Spoke & Nipple Sets, Stainless Steel (2) | 254.00 |
| CPP/1039 | PROGRESSIVE Rear Shock Set, 11" | CALL |
| CPP/1040-STD | CYCLE Chassis W/Std Frame, 30mm Forks & Std Ft. Brake | 4995.00 |
| CPP/1040-180 | Chassis W/Std Frame, 300mm Forks & 180mm Ft Brake | 5495.00 |
| CPP/1040-230 | Chassis W/Super Sprint Frame, 35mm Forks & 230mm Ft Brake | 8995.00 |
| CPP/1041-246 | 246cc Racing Motor Assy. 66mm X 72mm (Wet Clutch) | 4995.00 |
| CPP/1041-248 | 248cc Racing Motor Assy. 72mm X 61mm (Dry Clutch) | 6995.00 |
| CPP/1041-344 | 344cc Racing Motor Assy. 74mm X 80mm (Dryt Clutch) | 7995.00 |
| CPP/1041-402 | 402cc Racing Motor Assy. 80mm X 80mm (Dry Clutch) | 8995.00 |
| CPP/2000 | WISECO 74/74.5/75/75.5MM std. Forged Piston Assy. | 149.00 |
| CPP/2004 | CYCLE Super Sprint Frame, Chrome Moly W/Alloy Mts & S/S Hdwe. | 2963.00 |
| CPP/2004-R | CYCLE Super Sprint Frame, Round Rear Fork Kit, steel | 295.00 |
| CPP/2005-30 | CERIANI Fork 30mm Fork Assy, 675mm or 725mm (NOS or Rebuilt) | 550.00 |
| CPP/2005-35 | GCB 35mm Racing Fork Assy, 675mm or 725mm | 1561.00 |
| CPP/2005-LPS | LEAK PROOF Fork Seal Kit, 30mm or 35mm | 23.00 |
| CPP/2006 | CYCLE KRTT Style Seat & Pad, White Fiberglass | 208.00 |
| CPP/2007-230 | GRIMECA Four Shoe Double Leading Front Brake Assy, 230mm | 1034.00 |
| CPP/2007-180 | GRIMECA Four Shoe Single Leading Front Brake Assy, 180mm | 673.00 |
| CPP/2007-180F | H-D Full Width Double Leading Front Brake, 180mm (Rebult) | 295.00 |
| CPP/2007-180R | H-D Full Width Single Leading Rear Brake, 180mm (Rebult) | 195.00 |
| CPP/2009 | MOROSO Exhaust Pipe W/Muffler & Hanger, Works Style | 369.00 |
| CPP/2010 | MAGURA Right Dual Pull Lever Assembly, Alloy | 86.00 |
| CPP/2011 | MOTION PRO Rear Brake Cable Assembly | 30.00 |

| CPP/2012 | DIAMOND ENGINEERING Polished Stainless Steel Hardware | CALL |
| CPP/2040 | AUTO METER 10K Tachometer & Bracket Kit (8/10/14K) | 337.00 |
| CPP/2041 | RJE Five Speed C/R Trans Gear Set, '73/'74. "Sprint" | CALL |
| CPP/2042 | HANDY Front & Rear Wheel Stands | 170.00 |
| CPP/2043 | SPROCKET SPECIALISTS 428 or 520 Sprockets | CALL |
| CPP/2044 | EK 428 or 520 Racing Chain | CALL |
| CPP/2049 | CRTT / CRS / ERS L&R Studio Photos, 8.5" X 11" (12) | 60.00 |
| CPP/2050 | MORRIS MLR 40W Castor Racing Oil, 1 Litre Bottle | 20.00 |

(Prices subject to change without notice)

- Race Kits Index
- Parts Catalog
- Photo Gallery

© 1996-2007 Moto Italia. All rights reserved.
Created by Robert D. Rice/The Digital Garage.

**EXHIBIT 3**

FILED

00 DEC -4 AM 9: 57

CLERK
COURT SOUTHERN ...

BY: V Shanks

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ PERFORMANCE, INC.. a California corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>CHROME SPECIALTIES, INC., and DOES 1 to 100, inclusive,<br><br>             Defendants. | CASE NO. 00 CV 0629 JTM (CGA)<br><br>FINDINGS OF THE COURT; ENTRY OF CONSENT JUDGMENT; AND PERMANENT INJUNCTION<br><br>*Honorable Jeffrey Miller*<br>*Honorable Cynthia G. Aaron* |

ENTERED ON 12/4/00

ORIGINAL

FINDINGS OF THE COURT; ENTRY OF CONSENT JUDGMENT;
AND PERMANENT INJUNCTION

1

00 CV 0629 JTM (CGA)

**FINDINGS OF THE COURT**

1.       Plaintiff Storz Performance. Inc. [hereinafter "Storz"] is the owner of United States Trademark Registration Number 1,927,816 for the mark Ceriani®;

2       United States Trademark Registration Number 1,927,816 for the trademark "Ceriani" is valid;

3.       Defendant Chrome Specialities, Inc., by its use of the Storz trademark "Ceriani." which use was unconsented to by Storz, infringed the Storz registered trademark, "Ceriani.", and

4.       Defendant Chrome Specialities' unauthorized use of the Storz trademark constituted unfair competiton within the meaning of California law and the Common Law

**CONSENT JUDGMENT AND INJUNCTION**

In accord with the above findings of the Court, Judgment is hereby entered in favor of Storz and against Chrome Specialties as follows:

1.       As to the First Claim for Relief, Trademark Infringement of the Registered Trademark Ceriani®, U.S. Registration Number 1,927,816: Plaintiff's trademark Ceriani® is found valid, and said trademark was infringed by Chrome Specialties as pled;

2.       As to the Second Claim for Relief, Lanham Act, § 43: Plaintiff's trademark Ceriani® is found valid, and said trademark was infringed by Chrome Specialties as pled;

3.       As to the Third and Fourth Claims for Relief, Unfair Competition: Chrome Specialties' use of the Ceriani® trademark constituted unfair competition as pled;

4.       As to the Fifth Claim for Relief, Accounting: Plaintiff Storz would be entitled to an accounting from Chrome Specialties absent any other agreement between the parties;

5.       Chrome Specialties, and all of its employees and agents, or any person or entity acting in concert with Chrome Specialties, are hereby permanently enjoined and restrained from:

[a]       using the Storz Trademark Ceriani® or. without limitation, any reproduction. duplicate, copy, or colorable imitation thereof, in whole or part, on any. without limitation, goods, packaging, advertisements. solicitations for sale, offers for sale, or at all;

2

1      [b]    otherwise distributing or causing to be distributed any product utilizing the

2             Storz Trademark, Ceriani®; and,

3      [c]    permitting or engaging in the import or export of any product utilizing the

4             Storz Trademark, Ceriani® without express authorization from the lawful

5             owner of the mark.

6      6.    Plaintiff Storz is entitled to damages and pre-judgment interest in an amount to be

7   determined by agreement between the parties;

8      7.    Plaintiff Storz is entitled to its costs incurred in the prosecution of this case in an

9   amount to be determined by agreement between the parties; and

10     8.    Plaintiff Storz is entitled to its reasonable attorneys' fees incurred in the prosecution of

11  this case in an amount to be determined by agreement between the parties. Plaintiff Storz will also be

12  entitled to its reasonable fees and costs incurred in any future proceeding which is required because of

13  a violation of the above permanent injunction.

14          **IT IS SO ORDERED.**

15     ENTERED: 12/1/20

16

17                                                    United States District Court Judge

18  Approved as to Form and content:

19

20  Steele N. Gillaspey
    LATURNO GRAVES & GILLASPEY, APC
    Attorneys for Plaintiff,
21  STORZ PERFORMANCE, INC.

22

23  Approved as to Form and content:

24

25

26  Denis R. Salmon
    GIBSON, DUNN & CRUTCHER LLP
    Attorneys for Defendant
27  CHROME SPECIALTIES, INC.

28  45016720_1.DOC

3

FINDINGS OF THE COURT; ENTRY OF CONSENT JUDGMENT;
AND PERMANENT INJUNCTION                                    00 CV 0629 JTM (CGA)

**EXHIBIT 4**

FILED

03 MAR 13 AM 8: 55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

STORZ PERFORMANCE, INC.,
a California corporation,

                Plaintiff,

        vs.

TRANSWORLD WAREHOUSE
SERVICE dba TWS-USA, INC.,
WIND TRADING NORTH
AMERICA, INC.,
GIANDOMENICO BONI aka
JOHN BONI, an individual,
WIND TRADING, SRL,
and DOES 1 to 100, Inclusive,

                Defendants.

Case No. 01-CV-00218 IEG [JFS]

**JUDGMENT**

*Honorable Irma E. Gonzales*
*Honorable J. F. Stivens*

Presented By:

Steele N. Gillaspey, Esq.,
LATURNO GRAVES & GILLASPEY
225 Broadway, Suite 1530
San Diego, California 92101
Telephone:     619.234.3323
Facsimile:      619.234.1331
Attorney for Plaintiff,
STORZ PERFORMANCE, INC.

ENTERED ON 3/13/03

Storz Performance v TWS, et al.

JUDGMENT 01CV218IEG

44

1    In accordance with the records of this case, the evidence presented, inclusive of establishment

2    of undisputed facts by the parties during pre-trial conferences, the Court issues the following:

3                                **FINDINGS OF FACT**

4    1.    Plaintiff Storz Performance, Inc. ("Storz") is the owner of the incontestable

5    trademark, and the trade dress, related to motorcycle forks and suspension systems solicited and sold

6    under the name trademark "CERIANI" (Reference is made to pre-trial rulings of the Court);

7    2.    The Storz mark and dress are inherently distinctive and identify Storz in the

8    motorcycle fork and suspension system market;

9    3.    Storz' trademark and dress are valid, and are further supported by the issuance of

10   United States Registration No. 1,927,816, inclusive of grant of incontestable status by the U.S.

11   Trademark Office, and by the issuance of related design and utility patents issued by the U.S. Patent

12   Office with respect to motorcycle forks and suspension systems (U.S. D417,416 - Storz/Ceriani; U.S.

13   6,082,479) ("the Storz intellectual property");

14   5.    Defendant Giandomenico Boni aka John Boni ("Boni") is an individual and a

15   controlling owner of Defendant Wind Trading SRL, ("Wind") which in turn owns and/or controls

16   Defendant Transworld Warehouse Service dba TWS-USA, Inc. ("TWS");

17   6.    TWS is part of TWS World Wide, which is also affiliated with WIND. TWS World

18   Wide also does business as TWS Tech, TWS Central Europe, TWS Brazil, TWS Spain, and TWS

19   GB (Great Britain) ("TWS");

20   7.    Boni, Wind and TWS further do business under the names of and/or control such

21   entities known as Wind Racing, Wind Raceware, WRP, W2 Boots, and Wind Trading Magazine.

22   Boni and Wind also did business and controlled Wind Trading North America, Inc.;

23   8.    Boni, individually, and in concert with other persons and entities, solicited and sold

24   motorcycle forks and suspension systems using the Storz intellectual property, including the Ceriani

25   mark. Boni, and others, intentionally induced Wind, TWS and the related companies, above, to

26   solicit, sell and infringe the Storz intellectual properties. Boni, Wind, TWS and the related persons

27   and entities intentionally infringed the Storz intellectual properties;

28

Storz Performance v TWS, et al.              - 2 -              **JUDGMENT 01CV218IEG**

1   9.   Jurisdiction and venue as to all Defendants, including related entities, is proper.

2   10.   Based upon the admissible evidence, the Court finds that Defendants' average selling

3   price per infringing item was $ 1,400.00 per unit. Reference is made to Defendants' invoices to their

4   identified clients (attorney eyes only documents);

5   11.   Based upon admissible evidence, Court finds that Defendants sold 2,496 units which

6   infringed. Reference is made to Defendants' invoices to their identified clients (attorney eyes only

7   documents);

8   12.   Based upon admissible evidence, the Court finds that Defendants' gross profit

9   percentage earned through intentional infringement was thirty percent (30%) of sales.

10   **JUDGMENT**

11   1.   The Injunction as previously issued is confirmed as permanent as to all the Storz

12   intellectual properties as to Boni, Wind, TWS and all related or affiliated entities or business identities

13   which may include, but not necessarily limited to:

14   (A)   TWS Tech, TWS Central Europe, TWS Brazil, TWS Spain, TWS GB (Great

15   Britain), Wind Racing, Wind Raceware, WRP, W2 Boots, Wind Trading

16   Magazine, Wind Trading North America, and,

17   (B)   all persons and entities acting concert with any of them;

18   The Court retains jurisdiction over all issues, persons and entities with respect to the Injunction.

19   2.   Judgment is entered in favor of Storz Performance, Inc. on all claims and against Boni,

20   Wind, and TWS, inclusive of the related entities, and each of them, inclusive of affirmative defenses;

21   3.   Monetary judgment in the amount of $ 1,048,320.00 is entered in favor of Plaintiff,

22   STORZ PERFORMANCE, INC., to carry interest at the legal rate of ten percent (10%) from date

23   of entry forward until satisfied. Judgment is entered jointly and severally as to Boni, Wind, and TWS,

24   inclusive of the related entities, and each of them; and,

25   ///

26

27   ///

28

Storz Performance v TWS, et al.         - 3 -         JUDGMENT 01CV218IEG.

1    4.    Plaintiff STORZ PERFORMANCE, INC., in addition to the damages awarded in Item

2  3, hereinabove, is entitled to an additional award of its fees and costs incurred herein as to Boni,

3  Wind, and TWS, inclusive of the related entities, and each of them, jointly and severally.

4  ENTERED:

5

6              3/12/03                        _____
                                              UNITED STATES DISTRICT COURT JUDGE
7

8

9

10  **APPROVED AS TO FORM & CONTENT:**

11

12

13  _____
    MICHAEL DOLAND, ESQ.
14  Attorney for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Storz Performance v TWS, et al.              - 4 -                        JUDGMENT 01CV219IEG

EXHIBIT 5

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

10 | STORZ PERFORMANCE, INC.,                    Case No. 3:07-CV-02242 W (WMC)
   | a California corporation,
11 |
   |                          Plaintiff,
12 |                 vs.
   |
13 | MOTO ITALIA, form unknown;
   | LESLIE BULL, an individual;
14 | CYCLE PERFORMANCE
   | PRODUCTS, INC.; JOHN BASORE,
15 | an individual, and, DOES 1 to 100,
   | Inclusive,
16 |
   |                          Defendants.
17 |

18

19                              [PROPOSED]

20                          **JUDGMENT**

21

22   Submitted by:

23

24   _____
     Steele N. Gillaspey, Esq.
     GILLASPEY & GILLASPEY
25   619 234 3700

26                                          Honorable Thomas J. Whelan
                                            United States District Court Judge
27
                                            Honorable William McCurine, Jr.
28                                          United States Magistrate Judge

     STORZ v MOTO ITALIA                          JUDGMENT 3:07CV02242

1    In accordance with the records of this case and the evidence presented, the Court orders and
2  adjudges as follows:

3                            **FINDINGS OF FACT**

4    1.    Plaintiff STORZ PERFORMANCE, INC. ("STORZ") is the owner of the incontestable
5  trademark, and the trade dress, related to motorcycle forks and suspension systems solicited and sold
6  under the name trademark "CERIANI®";

7    2.    The STORZ mark and dress are inherently distinctive and identify Storz in the
8  motorcycle fork, suspension system, and related products market;

9    3.    STORZ' trademark and dress are valid, and are further supported by the issuance of
10  United States Registration No. 1,927,816, inclusive of grant of incontestable status by the U.S.
11  Trademark Office, and by the issuance of related design and utility patents issued by the U.S. Patent
12  Office with respect to motorcycle forks and suspension systems (U.S. D417,416 - Storz Ceriani®;
13  U.S.13 6,082,479) ("the Storz intellectual property"). By the same facts, STORZ is the exclusive
14  owner the Storz intellectual property. The facts herein are further established by prior judgments
15  entered by the U.S. District Courts in favor of STORZ on the issues of validity, ownership and
16  infringement.

17    4.    Defendant MOTO ITALIA, a company, engaged in the solicitation for sale and
18  believed sales of motorcycle forks, suspension systems, and related products counterfeiting the
19  STORZ Ceriani® trademark nationally and within the State of California and this District, inclusive
20  of by active internet/website activity in this District. Defendant engaged in such counterfeiting
21  despite actual notice and knowledge of the long term STORZ rights. Defendant deliberately and
22  intentionally infringed the STORZ trademark, Ceriani®. Defendant failed to respond or otherwise
23  defend against the claims of STORZ. The Defendant acted in an exceptionally grievous manner in
24  Defendant's counterfeiting, such to make the Defendant's counterfeiting infringement exceptional
25  under, *inter alia*, 15 USC § 1117.

26    5.    Defendant LESLIE BULL, an individual, individually engaged in, and caused co-
27  Defendant Moto Italia to engage in, the solicitation for sale and believed sales of motorcycle forks,
28  suspension systems, and related products counterfeiting the STORZ Ceriani® trademark nationally

STORZ v MOTO ITALIA                    - 2 -                    JUDGMENT 3:07CV02242

1   and within the State of California and this District, inclusive of by active internet/website activity
2   in this District. Defendant engaged in such counterfeiting despite actual notice and knowledge of
3   the long term Storz rights. Defendant deliberately and intentionally infringed the STORZ trademark,
4   Ceriani®. Defendant failed to respond or otherwise defend against the claims of STORZ. The
5   Defendant acted in an exceptionally grievous manner in Defendant's counterfeiting, such to make
6   the Defendant's counterfeiting infringement exceptional under, *inter alia*, 15 USC § 1117.

7        6.     Defendant CYCLE PERFORMANCE PRODUCTS, INC., engaged in the solicitation
8   for sale and believed sales of motorcycle forks, suspension systems, and related products
9   counterfeiting the STORZ Ceriani® trademark nationally and within the State of California and this
10  District, inclusive of by active internet/website activity in this District, namely the Moto Italia site.
11  Defendant engaged in such counterfeiting despite actual notice and knowledge of the long term
12  STORZ rights. Defendant deliberately and intentionally infringed the STORZ trademark, Ceriani®.
13  Defendant failed to respond or otherwise defend against the claims of Storz. The Defendant acted
14  in an exceptionally grievous manner in Defendant's counterfeiting, such to make the Defendant's
15  counterfeiting infringement exceptional under, *inter alia*, 15 USC § 1117.

16       7.     Defendant JOHN BASORE, an individual, individually engaged in, and caused co-
17  Defendant Cycle Performance Products, Inc. to engage in, the solicitation for sale and believed sales
18  of motorcycle forks, suspension systems, and related products counterfeiting the STORZ Ceriani®
19  trademark nationally and within the State of California and this District, inclusive of by active
20  internet/website activity in this District. Defendant engaged in such counterfeiting despite actual
21  notice and knowledge of the long term STORZ rights. Defendant deliberately and intentionally
22  infringed the STORZ trademark, Ceriani®. Defendant failed to respond or otherwise defend against
23  the claims of STORZ. The Defendant acted in an exceptionally grievous manner in Defendant's
24  counterfeiting, such to make the Defendant's counterfeiting infringement exceptional under, *inter*
25  *alia*, 15 USC § 1117.

26       8.     The evidence establishes that Defendants MOTO ITALIA, LESLIE BULL, CYCLE
27  PERFORMANCE PRODUCTS, INC., and JOHN BASORE, jointly and severally continue to
28  counterfeit the Storz intellectual property by, *inter alia*, engaging in the solicitation for sale and

STORZ v MOTO ITALIA                    - 3 -                    JUDGMENT 3:07CV02242

1  believed sales of motorcycle forks, suspension systems, and related products counterfeiting the

2  STORZ Ceriani® trademark nationally and within the State of California and this District, inclusive

3  of by active internet/website activity in this District.

4        9.      Jurisdiction and venue as to all Defendants is proper.

5                                    **JUDGMENT**

6        1.      Judgement on the Complaint and all causes of action is hereby and herewith entered

7  in favor of Plaintiff STORZ PERFORMANCE, INC., and against Defendants MOTO ITALIA, LESLIE

8  BULL, CYCLE PERFORMANCE PRODUCTS, INC., and JOHN BASORE, jointly and severally;

9        2.      A Permanent Injunction is hereby and herewith entered permanently enjoining and

10  prohibiting Defendants MOTO ITALIA, LESLIE BULL, CYCLE PERFORMANCE PRODUCTS, INC.,

11  and JOHN BASORE, jointly and severally, and all persons and/or entities acting in concert with said

12  Defendants from any use, in any form or manner or medium, of the STORZ PERFORMANCE, INC.

13  intellectual property, specifically the STORZ PERFORMANCE, INC. trademark, Ceriani®;

14        3.      Defendants MOTO ITALIA, LESLIE BULL, CYCLE PERFORMANCE PRODUCTS,

15  INC., and JOHN BASORE, jointly and severally, and all persons and/or entities acting in concert with

16  said Defendants shall deliver up for destruction any and all, without limitation, products, packaging,

17  labels bearing the name "Ceriani" in whole or part, or, alternatively, shall remove and destroy any

18  "Ceriani" (in whole or part) labeling placed upon the product, rather than destroy the product, and

19  Defendants shall provide sworn proof of such destruction within 60 days of the date of this

20  Judgment;

21        4.      Defendants MOTO ITALIA, LESLIE BULL, CYCLE PERFORMANCE PRODUCTS,

22  INC., and JOHN BASORE, jointly and severally, and all persons and/or entities acting in concert with

23  said Defendants are ordered to provide a complete and full accounting and report to STORZ

24  PERFORMANCE, INC. of all sales of products sold under, in whole or part, the "Ceriani" name, to

25  include the client name, address and telephone number, copies of the invoices/purchase orders; all

26  documents related to any cost claim inclusive of any, without limitation, supplier, dealer or importer

27  charges (and the identification of each such supplier, dealer or importer by name, address, and

28  telephone number and copies of invoices by same; and including any electronic data such as

1  QuickBooks® or other such software, and including any ledger or other evidence/documents related

2  to accounting therefor within 60 days of the entry of this Judgment;

3       5.    Defendants MOTO ITALIA, LESLIE BULL, CYCLE PERFORMANCE PRODUCTS,

4  INC., and JOHN BASORE, jointly and severally, and all persons and/or entities acting in concert with

5  said Defendants are ordered to notify in writing each person or entity to whom product was sold

6  using, in whole or part, the name "Ceriani" that such product is counterfeit and not the product of

7  STORZ PERFORMANCE, INC., and Defendants shall provide copies and proof of mailing to STORZ

8  PERFORMANCE, INC. within 60 days of the entry of this Judgment.

9       6.    The Court retains jurisdiction as to all matters relevant to ¶¶ 1 through 5, hereinabove,

10  and with respect to the issues of damages, inclusive of statutory damages, attorneys fees under, *inter*

11  *alia*, Fed.R.Civ.P., 15 USC § 1117, and costs.

12  **IT IS SO ORDERED AND ADJUDGED**

13  ENTERED:

14

15   

16                       HONORABLE THOMAS J. WHELAN,
                     United States District Court Judge,

17                       Judge Presiding

18

19

20

21  cc:    Honorable William McCurine, Jr.
      United States Magistrate Judge

22

23

24

25

26

27

28

STORZ v MOTO ITALIA       - 5 -       JUDGMENT 3:07CV02242