# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Storz Performance, Inc.,
    Plaintiff(s)

**V.**

Cycle Performance Products, Inc., Moto Italia,
    Defendant(s)

**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**  07cv2242 W WMC

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

Default is entered as to Defendants Cycle Performance Products, Inc. and Moto Italia.

| September 16, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | S/ C. Puttmann |
| (By) | Deputy Clerk |

ENTERED ON September 16, 2008